AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 8 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

David S. Gross

*Plaintiff/Petitioner*

v.

Chembio Diagnostics, Inc., et. al.

*Defendant/Respondent*

Civil Action No. 3:23-cv-00093

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ _____1300_____, and my take-home pay or wages are: $ _____1100_____ per

*(specify pay period)* _____month_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends               ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments        ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments       ☐ Yes    ☐ No
(e) Gifts, or inheritances                              ☐ Yes    ☐ No
(f) Any other sources                                   ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

1. Employment as a Software Developer at RE/MAX Inc. from July 2022-October 2022 However, I no longer hold this job as of October 2022. The amount received was $8333 a month before taxes. I no longer receive this source of money.

2. Google Adsense payments as a self-employed web and app developer, $400-$1200 a month before taxes. I expect this source of money to continue in the future.

3. PayPal payments as a self-employed web and app developer, $100-$400 a month before taxes. I expect this source of money to continue in the future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ 200.

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Various stocks in IRA Traditional and Roth IRA accounts and brokerage account summing to approximately $58,000.

Automobile that is inoperable . Blue book estimated at $2,000 or less.

Cryptocurrency altcoins that have no liquid market and are estimated at $600 or less.

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Apartment Rent - $600 a month, Internet fees - $65 a month, Server costs for business - $160 a month, Other associated web fees $60 a month, Electricity $75 a month, Food and incidentals, etc. - $400 a month

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$2700 of Credit Card debt owed to Fidelity

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 03/07/2023

*Applicant's signature*

David S. Gross

*Printed name*

| Print | Save As... | Add Attachment | Reset |