UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. GROSS, | CASE NO. 3:23-cv-00093-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| CHEMBIO DIAGNOSTICS, INC.; KATHERINE L. DAVIS; JOHN G. POTTHOFF; DAVID W.K. ACHESON; DAVID W. BESPALKO; RICHARD L. EBERLY; LESLIE TESO-LICHTMAN; and LAWRENCE J. STEENVOORDEN, | |
| Defendants. | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
(First Request For Individual Defendants)
(Second Request for Chembio Diagnostics, Inc.)

Before the Court is Defendants Motion for Extension of Time to Respond to Complaint (First Request For Individual Defendants) (Second Request for Chembio Diagnostics, Inc.). Having reviewed the Motion, the Court finds good cause for the following:

**IT IS HEREBY ORDERED** that good cause exists to grant Defendants Motion for Extension of Time to Respond to Complaint;

**IT IS FURTHER ORDERED** that Defendants have reserved all rights to file dispositive motions;

**IT IS FURTHER ORDERED** that Defendants shall have up to and including November 28, 2023 to file any responsive pleading to the Complaint;

Dated: November 13, 2023.

_____
United States Magistrate Judge

DMFIRM #409869696 v1