Case 3:23-cv-00093-MMD-CSD   Document 30   Filed 07/09/24   Page 2 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00093-MMD-CSD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

__Filed __Received __Entered __Served On
Counsel/Parties of Record

JUL 0 9 2024

Clerk US District Court
District of Nevada
By:_____ Deputy

This summons for *(name of individual and title, if any)* **Chembio Diagnostics, Inc.**
was received by me on *(date)* **July 5, 2024** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **C T CORPORATION SYSTEM** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Chembio Diagnostics, Inc.** on *(date)* **June 28, 2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ **34.30** for services, for a total of $ **34.30** / 0.00 .

I declare under penalty of perjury that this information is true.

Date: **07/06/2024**

*David Gross (Pro Se Plaintiff)*
Server's signature

**David S. Gross (Pro Se Plaintiff)**
Printed name and title

**1800 Poplar Dr., Apt #10, Medford, OR, 97504**
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C T Corporation System
701 S Carson St, STE 200
Carson City, NV 89701

9590 9402 8645 3244 4868 15

2. Article Number (Transfer from service label)
EI 180 928 355 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECD JUN 28 '24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 8645 3244 4868 15

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

David Gross
1800 Poplar Dr., Apt #10
Medford, OR 97504