| | |
|---|---|
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Joseph E. Dagher<br>Nevada Bar No. 15204<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 471-7000<br>Facsimile:  (702) 471-7070<br>tasca@ballardspahr.com<br>dagherj@ballardspahr.com | John W. Rotunno (admitted *pro hac vice*)<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602<br>Telephone:  (312) 371-1121<br>Facsimile:  (312) 827-8000<br>john.rotunno@klgates.com |

Joanna A. Diakos (admitted *pro hac vice*)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 536-3900
Facsimile:  (212) 536-3901
joanna.diakos@klgates.com

*Attorneys for Defendants Chembio Diagnostics, Inc., Katherine L. Davis, John G. Potthoff, David W.K. Acheson, David W. Bespalko, Richard L. Eberly, Leslie Teso-Lichtman, and Lawrence J. Steenvoorden*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. GROSS,<br><br>Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC.;<br>KATHERINE L. DAVIS; JOHN G.<br>POTTHOFF; DAVID W.K. ACHESON;<br>DAVID W. BESPALKO; RICHARD L.<br>EBERLY; LESLIE TESO-LICHTMAN;<br>and LAWRENCE J. STEENVOORDEN,<br><br>Defendants. | CASE NO.  3:23-cv-00093-MMD-CSD<br><br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Russell J. Burke is no longer associated with Ballard Spahr LLP, counsel of record for Defendants.

Accordingly, Counsel requests that the court allow Mr. Burke to withdraw from

1  this representation and remove him from the ECF service and notification list.

2  Joel E. Tasca and Joseph E. Dagher of Ballard Spahr LLP will remain counsel
3  of record for Defendants, along with Joanna A. Diakos of (admitted *pro hac vice*) and
4  John W. Rotunno (admitted *pro hac vice*) of K&L Gates LLP.

5  Dated: July 10, 2024

BALLARD SPAHR LLP

By: /s/ Joseph Dagher
Joel E. Tasca
Nevada Bar No. 14124
Joseph E. Dagher
Nevada Bar No. 15204
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
United States District/Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that on July 10, 2024, I served the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** on the following via the court's electronic service system and by arranging for mail:

David S. Gross
1800 Poplar Drive, Apartment #10
Medford, Oregon 97503
davidgross18@gmail.com

*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　/s/Mary Kay Carlton
　　　　　　　　　　　　　　　　　　An employee of BALLARD SPAHR LLP