# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. GROSS, | CASE NO. 3:23-cv-00093-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| CHEMBIO DIAGNOSTICS, INC.; KATHERINE L. DAVIS; JOHN G. POTTHOFF; DAVID W.K. ACHESON; DAVID W. BESPALKO; RICHARD L. EBERLY; LESLIE TESO-LICHTMAN; and LAWRENCE J. STEENVOORDEN, | |
| Defendants. | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

Before the Court is Defendants' Motion for Extension of Time to Respond to Amended Complaint. Having reviewed the Motion, the Court finds that good cause exists to grant Defendants' Motion.

**IT IS HEREBY ORDERED** that Defendants' Motion is granted; and

**IT IS FURTHER ORDERED** that Defendants shall have up to and including August 9, 2024 to file any responsive pleading to the Amended Complaint.

Dated: July 16, 2024.

_____
U.S. Magistrate Judge

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #413045805 v2