BALLARD SPAHR LLP
Joseph E. Dagher
Nevada Bar No. 15204
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
dagherj@ballardspahr.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. GROSS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC.; KATHERINE L. DAVIS; JOHN G. POTTHOFF; DAVID W.K. ACHESON; DAVID W. BESPALKO; RICHARD L. EBERLY; LESLIE TESO-LICHTMAN; and LAWRENCE J. STEENVOORDEN,<br><br>　　　　Defendants. | CASE NO. 3:23-cv-00093-MMD-CSD |

### ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 41(a)(1)(A)(ii), which each party to bear that party's own attorneys' fees, costs, and expenses.

///

///

///

Dated: August 19, 2024

| | |
|---|---|
| BALLARD SPAHR LLP | DAVID S. GROSS |
| By: /s/Joseph Dagher<br>Joseph E. Dagher<br>Nevada Bar No. 15204<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV  89135 | By: /s/ *David Gross*<br>David S. Gross<br>1800 Poplar Drive, Apt. # 10<br>Medford, Oregon 97504 |
| *Attorneys for Defendants* | *Plaintiff (Pro Se)* |

### ORDER

IT IS SO ORDERED.

Dated: August 23, 2024

_____
UNITED STATES DISTRICT JUDGE